*EDNY (Brooklyn)*
*08-cv-4289*
*Hon. Allyne Ross*

# ● MANDATE ●

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 08-5422-op Strunk

**Motion for:** Petition for Writ of Mandamus under FRAP Rule 21

Set forth below precise, complete statement of relief sought:

Judicial Subpoena of Travel Records from the US Department of State and Justice Department

and if travel is found outside the County a remand of the Case to EDNY for further action

**Caption [use short title]**

In Re Christopher Earl Strunk, Petitioner for a Writ of Mandamus,

in the matter versus

New York State Board of Elections, Deputy Director Todd D. Valentine, Deputy Director Stanley Zalen, and Lorraine A. Cortez-Vazquez, Secretary of the State of New York, The New York State Attorney General,

The United States Department of State,
The United States Attorney General,

and

District Judge Allyne R. Ross

*[STAMP: UNITED STATES COURT OF APPEALS FILED NOV 10 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

**MOVING PARTY:** _____

☐ Plaintiff          ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Christopher Earl Strunk, pro se
[name of attorney, with firm, address, phone number and e-mail]
Christopher Earl Strunk
593 Vanderbilt Ave. - 281
Brooklyn, New York 11238
212-307-4444 or cell 845-901-6767

**OPPOSING PARTY:** US Department of State and Justice Department

**OPPOSING ATTORNEY [Name]:** US Attorney EDNY Benton J. Campbell
[name of attorney, with firm, address, phone number and e-mail]
United States Attorney for the Eastern District of New York
271 Cadman Plaza East Brooklyn New York 11201

**Court-Judge/Agency appealed from:** Eastern District of New York Judge Allyne R. Ross who dismissed with prejudice the election case 08-cv-4289

**Please check appropriate boxes:**

Has consent of opposing counsel:
  A. been sought?        ☐ Yes   ☑ No
  B. been obtained?      ☐ Yes   ☑ No

Is oral argument requested?   ☑ Yes   ☐ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No
If yes, enter date _____

**Signature of Moving Attorney:** *[signature]*    **Date:** 11-10-08

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☑ No

Has this relief been previously sought in this Court?   ☐ Yes   ☑ No

Requested return date and explanation of emergency:

The Electoral College Meets December 15, 2008 and must know

whether or not Barack Hussein Obama is a natural born US Citizen before they vote.

Has service been effected?   ☑ Yes   ☐ No
[Attach proof of service]

---

## ORDER

Before: Hon. Robert A. Katzmann, *Circuit Judge*

IT IS HEREBY ORDERED that the petition by *pro se* appellant Strunk for a writ of mandamus is DENIED.

11-14-08
Date

*[STAMP: UNITED STATES COURT OF APPEALS FILED NOV 14 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

FOR THE COURT:
Catherine O'Hagan Wolf, Clerk
by
*[signature]*
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]* DEPUTY CLERK

**ISSUED AS MANDATE:** 11/17/08